```
                    THE CITY OF CLEVELAND
              DEPARTMENT OF COMMUNITY DEVELOPMENT
                 DIVISION OF BUILDING & HOUSING
       601 LAKESIDE AVE        CLEVELAND, OH 44114

               NOTICE OF VIOLATION OF HOUSING ORDINANCES

            WARD: 10                            DATE: 03/07/2003 cs
            CT: 1173.00                         PPN: 115-09-011
  PROPERTY ADDRESS: 810 E 152 ST                PHONE:
            AKA: 810-12 E 152

---------------------------- RESPONSIBLE PARTY(S) ----------------------------

     RICHARD DAVET     (OWNER)         RICHARD F DAVET   (TAX MAILING)
     810 E 152ND                       24800 COMMUNITY AV.
     CLEVELAND, OH 44110               BEACHWOOD, OH 44122-1044


     NATIONAL CITY BANK   (MORTGAGO    PRAMCO II LLC   (MORTGAGOR)
     1900 E 9TH ST.                    1387 FAIRPORT RD.  S-750
     CLEVELAND, OH 44114               FAIRPORT, NY 14450


     GLS CAPITAL CUYAHOGA INC.
     YEAR 1996-97, 98
     310 W LAKESIDE AV.  STE#595
     CLEVELAND, OH 44113

DWELLING UNITS  :
  OCCUPANCY / USE: COMMERCIAL             INSPECTION DATE: 03/06/2003
  KIND OF STRUCTURE: 2 STY MASONRY        MASTER # ..... : 203066016
  ZONING DISTRICT: LOCAL RETAIL  C-2
  TYPE OF VIOLATION: FORTHWITH COND
              TYPE:

THIS NOTICE SHALL BE COMPLIED WITH AND ALL VIOLATIONS CORRECTED BY 03/07/2003

FAILURE TO COMPLY WITH THIS NOTICE WILL RESULT IN PROSECUTIVE ACTION OR
OTHER PENALTY AS PROVIDED BY LAW 3103.99.  SECTION 367.09, 3103.09 AND
329.02 OF THE CODIFIDED ORDINANCES, AND SECTION 4101:2-1-76 OF THE OHIO
BASIC BUILDING CODE, PROVIDES THE RIGHT TO APPEAL THIS ORDER TO BOARD OF
BUILDING STANDARDS AND BUILDING APPEALS FOR BUILDING CODE VIOLATIONS,
OR TO THE STATE BOARD OF BUILDING APPEALS FOR THE VIOLATIONS OF THE OHIO
BASIC BUILDING CODE.  DURING THE PENDENCY OF THIS NOTICES, AN APPEAL TO
THE BOARD OF BUILDING STANDARDS & BUILDING APPEALS MAY BE FILED IN ROOM
516, 601 LAKESIDE AVE, CLEVELAND OH 44114 OR THE STATE BOARD OF APPEALS

* * * - - - * * * - - - * * * - - - * * * - - - * * * - - - * * * - - - * * *
FAILURE TO COMPLY WITH THIS NOTICE SHALL RESULT IN THE DEMOLITION OF THE
BUILDING(S). ANY AND ALL COSTS INCURRED BY THE CITY FOR THE DEMOLITION OF THE
BUILDING(S) SHALL BE PAID BY THE OWNER(S) OF RECORD. IF THE OWNER(S) FAILS TO
PAY FOR THE COSTS WITHIN THIRTY (30) DAYS, LEGAL ACTION SHALL BE INITIATED TO
COLLECT THE DEBT.
* * * - - - * * * - - - * * * - - - * * * - - - * * * - - - * * * - - - * * *

PLEASE CONTACT THE INSPECTOR UPON RECEIPT OF THIS NOTICE       EXHIBIT
                                                                  3
SEQ SECTION                    COMPLY      NATURE OF VIOLATION:
```

```
09/09/03              RE: 810 E 152 ST
                                                                    PAGE: 0002
SEQ SECTION              COMPLY     NATURE OF VIOLATION:
NO. VIOLATED             DATE       FORTHWITH CONDEMN MS
--  --------             ------     ----------------------
  1 3103.09/3101.10      03/07/2003 DUE TO DETERIORATION SET FORTH HEREIN, THIS
                                    STRUCTURE SHALL BE EFFECTIVELY BOARDED IN
                                    ACCORDANCE WITH REGULATIONS ADOPTED PURSUANT
                                    TO SECTION 3103.09 (d)(4) OF THE CODIFIED
                                    ORDINANCES, OR THE VIOLATIONS SET OUT BELOW
                                    SHALL BE CORRECTED BY COMPLETE REPAIR AFTER
                                    ALL REQUISITE PLANS AND SPECIFICATIONS HAVE
                                    BEEN SUBMITTED TO THE DIVISION OF BUILDING
                                    AND HOUSING, AND ALL REQUISITE PERMITS HAVE
                                    BEEN OBTAINED, ALL IN ACCORDANCE WITH THE
                                    CODIFIED ORDINANCES OF THE CITY OF CLEVELAND
                                    AND WITH THE OHIO BASIC BUILDING CODE.

  2 3103.09/3101.10      03/07/2003 PARTS OF THIS STRUCTURE SET OUT BELOW ARE
                                    DETERIORATED:

  3                      03/07/2003    DETERIORATED - ROOF - ROOF RAFTERS,
                                          SHEATHING, ROOFING, #JOIST___

  4                      03/07/2003    DETERIORATED - WALLS - BEARING, NON-
                                          BEARING, WALL STUDS, INTERIOR & EXTERIOR

  5                      03/07/2003    DETERIORATED - FLOORS - FLOOR DECK,
                                          #JOIST ___, BEAMS, OTHER FRAMING

  6                      03/07/2003    DETERIORATED - OPENINGS - DOORS

  7                      03/07/2003    DETERIORATED - FINISHING - LATH, PLASTER
                                          TRIM AND MOULDING

  8                      03/07/2003    DETERIORATED - STAIRS - STRINGERS, RISERS
                                          TREADS, ENCLOSURE WALLS

  9                      03/07/2003    DETERIORATED - BUILDING EQUIPMENT -
                                          PLUMBING, HEATING, ELECTRICAL

 10 3101.10(e)           03/07/2003 MAINTAIN THE STREET PAVEMENT, TREE LAWN,
                                       SIDEWALKS AND PREMISES CLEAN OF ALL DIRT,
```

```
09/09/03            RE: 810 E 152 ST
                                                                    PAGE: 0003
SEQ SECTION                COMPLY    NATURE OF VIOLATION:
NO. VIOLATED               DATE      FORTHWITH CONDEMN MS
--  -------------------    --------  --------------------------------
                                     TRASH AND DEBRIS.

11  3105.01                03/07/2003 SECURE THE REQUIRED PERMITS FROM THE
                                      DIVISION OF BUILDING AND HOUSING PRIOR TO
                                      MAKING ANY REPAIRS.
```

TO CONTACT YOUR INSPECTOR CALL MONDAY THRU FRIDAY.

INSPECTOR: WILLIAM URBAN                                PHONE: (216)664-2137

DATE: 03/07/2003

VIOLATION NOTICE AND DEMO LETTER TO BE SENT OUT REGULAR AND CERTIFIED.

NOTICE OF VIOLATION OF BUILDING ORDINANCES

PURSUANT TO SECTION 3103.09, 367.04, 369.19 AND 369.21 OF THE CODIFIED ORDINANCES OF THE CITY OF CLEVELAND, THE COMMISSIONER OF BUILDING AND HOUSING DOES HEREBY DECLARE THE STRUCTURE KNOWN AS AND LOCATED AT :
810 E     152                    ST            CLEVELAND, OHIO
TO BE A PUBLIC NUISANCE IN THAT IT CONSTITUTES AN EMMINENT DANGER AND PERIL TO HUMAN LIFE AND PUBLIC HEALTH, SAFETY AND WELFARE, AND THAT THE AFORESAID CONDITION CONSTITUTES AN EMERGENCY.  THEREFORE, YOU ARE HEREBY NOTIFIED THAT THE CITY OF CLEVELAND PURSUANT TO SAID SECTION 3103.09, 367.04, 369.19 AND 369.21 OF THE CODIFIED ORDINANCES WILL SUMMARILY ABATE SAID PUBLIC NUISANCE CREATED AS A RESULT OF SAID EMERGENCY BY DEMOLITION OF THE STRUCTURE IF THE VIOLATIONS LISTED IN THE ATTACHED NOTICE ARE NOT ENTIRELY CORRECTED BY THE DATE SET FORTH IN SAID NOTICE.

_____
COMMISSIONER OF BUILDING AND HOUSING

THIS NOTICE WAS PERSONALLY DELIVERED BY THE UNDERSIGNED ON THIS

_____ DAY OF _____ 2003    AT _____ O'CLOCK BY LEAVING

WITH _____