

EXHIBIT 4

# CITY OF CLEVELAND
# BOARD OF BUILDING STANDARDS & BUILDING APPEALS

DO NOT WRITE IN THIS SPACE

DOCKET NO. A-35-05

NOTICE OF THIS APPEAL HAS BEEN FURNISHED TO THE ADMINISTRATIVE OFFICIAL UPON WHOSE DECISION THIS APPEAL IS BASED.   YES  X   NO ____

APPEAL FROM ADMINISTRATIVE DECISION

DATE 3/10/2003

APPELLANT/OWNER OF RECORD: Richard Davet

MAILING ADDRESS: PO Box 10092 (street) Cleveland (city) OH (state) 44110 (zip code)

AGENT/ATTORNEY: G. Goff

MAILING ADDRESS: PO Box 10092 (street) Cleveland (city) OH (state) 44110 (zip code)

HEARING NOTICE TO BE MAILED TO: Davet / Goff

Request is herewith made for hearing before the Board of Building Standards and Building Appeals for variance from the determination of the,

__✓__ COMM. OF BLDG./HOUS. _____ DIV. OF FIRE _____ OTHER _____

LOCATION OF PREMISES: 810 E 152nd Street (AKA 810-12 East 152ND STREET)

NUMBER OF STORIES: 1.25

OCCUPANCY CLASSIFICATION:   RESIDENTIAL ☐   ASSEMBLY ☐   BUSINESS ☒
                             INDUSTRIAL ☐   OTHER _____

ATTACHED AND MADE A PART OF THIS APPEAL, THE FOLLOWING IS SUBMITTED:

1. Violation Notice.
2. Appeal Statement.
3. Drawings, Sketches or Photographs.
4. Letter from Owner Authorizing the Appeal.

SIGNATURE: [signed]
PRINT NAME: R.F. Davet
TITLE: Owner
PHONE NO. 216-451-6211

RECEIVED
MAR 10 2003
"BOARD OF BUILDING STANDARDS AND BUILDING APPEALS"

YELLOW/BUILDING DEPARTMENT    BLUE/APPELLANT—OWNER OF RECORD

A-35-03

THE CITY OF CLEVELAND
DEPARTMENT OF COMMUNITY DEVELOPMENT
DIVISION OF BUILDING & HOUSING
601 LAKESIDE AVE    CLEVELAND, OH 44114

NOTICE OF VIOLATION OF HOUSING ORDINANCES

WARD: 10
CT: 1173.00
PROPERTY ADDRESS: 810 E 152 ST
    AKA: 810-12 E 152

DATE: 03/07/2003 cs
PPN: 115-09-011
PHONE:

---------------------------- RESPONSIBLE PARTY(S) ----------------------------

RICHARD DAVET    (OWNER)
810 E 152ND
CLEVELAND, OH 44110

RICHARD F DAVET    (TAX MAILING)
24800 COMMUNITY AV.
BEACHWOOD, OH 44122-1044

NATIONAL CITY BANK    (MORTGAGO
1900 E 9TH ST.
CLEVELAND, OH 44114

PRAMCO II LLC    (MORTGAGOR)
1387 FAIRPORT RD.  S-750
FAIRPORT, NY 14450

GLS CAPITAL CUYAHOGA INC.
YEAR 1996-97, 98
310 W LAKESIDE AV.  STE#595
CLEVELAND, OH 44113

RECEIVED
MAR 10 2003
"BOARD OF BUILDING STANDARDS
AND BUILDING APPEALS"

DWELLING UNITS :
    OCCUPANCY / USE: COMMERCIAL
    KIND OF STRUCTURE: 2 STY MASONRY
    ZONING DISTRICT: LOCAL RETAIL  C-2
TYPE OF VIOLATION: FORTHWITH COND
        TYPE:

INSPECTION DATE: 03/06/2003
MASTER # ..... : 203066016

THIS NOTICE SHALL BE COMPLIED WITH AND ALL VIOLATIONS CORRECTED BY 03/07/2003

FAILURE TO COMPLY WITH THIS NOTICE WILL RESULT IN PROSECUTIVE ACTION OR
OTHER PENALTY AS PROVIDED BY LAW 3103.99.  SECTION 367.09, 3103.09 AND
329.02 OF THE CODIFIDED ORDINANCES, AND SECTION 4101:2-1-76 OF THE OHIO
BASIC BUILDING CODE, PROVIDES THE RIGHT TO APPEAL THIS ORDER TO BOARD OF
BUILDING STANDARDS AND BUILDING APPEALS FOR BUILDING CODE VIOLATIONS,
OR TO THE STATE BOARD OF BUILDING APPEALS FOR THE VIOLATIONS OF THE OHIO
BASIC BUILDING CODE.  DURING THE PENDENCY OF THIS NOTICES, AN APPEAL TO
THE BOARD OF BUILDING STANDARDS & BUILDING APPEALS MAY BE FILED IN ROOM
515, 601 LAKESIDE AVE, CLEVELAND OH 44114 OR THE STATE BOARD OF APPEALS

* * * - - - * * * - - - * * * - - - * * * - - - * * * - - - * * * - - - * * *
FAILURE TO COMPLY WITH THIS NOTICE SHALL RESULT IN THE DEMOLITION OF THE
BUILDING(S). ANY AND ALL COSTS INCURRED BY THE CITY FOR THE DEMOLITION OF THE
BUILDING(S) SHALL BE PAID BY THE OWNER(S) OF RECORD. IF THE OWNER(S) FAILS TO
PAY FOR THE COSTS WITHIN THIRTY (30) DAYS, LEGAL ACTION SHALL BE INITIATED TO
COLLECT THE DEBT.
* * * - - - * * * - - - * * * - - - * * * - - - * * * - - - * * * - - - * * *

PLEASE CONTACT THE INSPECTOR UPON RECEIPT OF THIS NOTICE

SEQ SECTION                  COMPLY      NATURE OF VIOLATION:

```
03/07/03            RE: 810 E 152 ST                       PAGE: 0002

SEQ SECTION              COMPLY      NATURE OF VIOLATION:
NO. VIOLATED             DATE        FORTHWITH CONDEMN MS
--  --------------       ----------  ------------------------------------

 1  3103.09/3101.10      03/07/2003  DUE TO DETERIORATION SET FORTH HEREIN, THIS
                                     STRUCTURE SHALL BE EFFECTIVELY BOARDED IN
                                     ACCORDANCE WITH REGULATIONS ADOPTED PURSUAN
                                     TO SECTION 3103.09 (d)(4) OF THE CODIFIED
                                     ORDINANCES, OR THE VIOLATIONS SET OUT BELOW
                                     SHALL BE CORRECTED BY COMPLETE REPAIR AFTER
                                     ALL REQUISITE PLANS AND SPECIFICATIONS HAVE
                                     BEEN SUBMITTED TO THE DIVISION OF BUILDING
                                     AND HOUSING, AND ALL REQUISITE PERMITS HAVE
                                     BEEN OBTAINED, ALL IN ACCORDANCE WITH THE
                                     CODIFIED ORDINANCES OF THE CITY OF CLEVELAN
                                     AND WITH THE OHIO BASIC BUILDING CODE.

 2  3103.09/3101.10      03/07/2003  PARTS OF THIS STRUCTURE SET OUT BELOW ARE
                                     DETERIORATED:

 3                       03/07/2003  DETERIORATED - ROOF - ROOF RAFTERS,
                                       SHEATHING, ROOFING, #JOIST___

 4                       03/07/2003  DETERIORATED - WALLS - BEARING, NON-
                                       BEARING, WALL STUDS, INTERIOR & EXTERIO

 5                       03/07/2003  DETERIORATED - FLOORS - FLOOR DECK,
                                       #JOIST ___, BEAMS, OTHER FRAMING

 6                       03/07/2003  DETERIORATED - OPENINGS - DOORS

 7                       03/07/2003  DETERIORATED - FINISHING - LATH, PLASTER
                                       TRIM AND MOULDING

 8                       03/07/2003  DETERIORATED - STAIRS - STRINGERS, RISER
                                       TREADS, ENCLOSURE WALLS

 9                       03/07/2003  DETERIORATED - BUILDING EQUIPMENT -
                                       PLUMBING, HEATING, ELECTRICAL

10  3101.10(e)           03/07/2003  MAINTAIN THE STREET PAVEMENT, TREE LAWN,
                                       SIDEWALKS AND PREMISES CLEAN OF ALL DIRT,
```

RECEIVED
MAR 10 2003
"BOARD OF BUILDING STANDARDS
AND BUILDING APPEALS"

```
03/07/03              RE: 810 E 152 ST                              PAGE: 0003

SEQ SECTION              COMPLY      NATURE OF VIOLATION:
NO. VIOLATED             DATE        FORTHWITH CONDEMN MS
--  -------------------  ----------  ----------------------------------
                                     TRASH AND DEBRIS.

11  3105.01              03/07/2003  SECURE THE REQUIRED PERMITS FROM THE
                                     DIVISION OF BUILDING AND HOUSING PRIOR TO
                                     MAKING ANY REPAIRS.
```

TO CONTACT YOUR INSPECTOR CALL MONDAY THRU FRIDAY.

INSPECTOR: WILLIAM URBAN                              PHONE: (216) 664-2137

RECEIVED
MAR 1 0 2003
"BOARD OF BUILDING STANDARDS AND BUILDING APPEALS"

A-35-03

DATE: 03/07/2003

**RECEIVED**
MAR 1 0 2003
"BOARD OF BUILDING STANDARDS AND BUILDING APPEALS"

VIOLATION NOTICE AND DEMO LETTER TO BE SENT OUT REGULAR AND CERTIFIED.

NOTICE OF VIOLATION OF BUILDING ORDINANCES

PURSUANT TO SECTION 3103.09, 367.04, 369.19 AND 369.21 OF THE CODIFIED ORDINANCES OF THE CITY OF CLEVELAND, THE COMMISSIONER OF BUILDING AND HOUSING DOES HEREBY DECLARE THE STRUCTURE KNOWN AS AND LOCATED AT :
810 E 152 ST CLEVELAND, OHIO
TO BE A PUBLIC NUISANCE IN THAT IT CONSTITUTES AN EMMINENT DANGER AND PERIL TO HUMAN LIFE AND PUBLIC HEALTH, SAFETY AND WELFARE, AND THAT THE AFORESAID CONDITION CONSTITUTES AN EMERGENCY. THEREFORE, YOU ARE HEREBY NOTIFIED THAT THE CITY OF CLEVELAND PURSUANT TO SAID SECTION 3103.09, 367.04, 369.19 AND 369.21 OF THE CODIFIED ORDINANCES WILL SUMMARILY ABATE SAID PUBLIC NUISANCE CREATED AS A RESULT OF SAID EMERGENCY BY DEMOLITION OF THE STRUCTURE IF THE VIOLATIONS LISTED IN THE ATTACHED NOTICE ARE NOT ENTIRELY CORRECTED BY THE DATE SET FORTH IN SAID NOTICE.

_[signature]_
COMMISSIONER OF BUILDING AND HOUSING

THIS NOTICE WAS PERSONALLY DELIVERED BY THE UNDERSIGNED ON THIS

___10___ DAY OF ___March___ 2003 AT ___11___ O'CLOCK BY LEAVING

WITH ___WM___

cc: L. Weems
    R. Keiser

A-35-03

Richard F. Davet
PO Box 10092
Cleveland, OH 44110
Phone 216-451-6211
Fax 216-451-3350
E-Mail: rfdavet@juno.com

Monday, March 10, 2003

RECEIVED
MAR 1 0 2003
"BOARD OF BUILDING STANDARDS
AND BUILDING APPEALS"

Cleveland Board of Building Standards
And Building Appeals
601 Lakeside Avenue
Room 516
Cleveland, OH 44114

RE: APPEAL OF NOTICE OF VIOLATIONS OF HOUSING ORDINANCES,
   810 EAST 152 STREET
   PPN:115-09-011

Gentlepeople:

Please be advised that on March 10, 2003 I received a Notice of Violation of Housing Ordinances, a copy of which is attached hereto and incorporated by reference herein and marked as Exhibit "A". Please accept this letter as my Appeal to the Board of Building standards and Building appeals for the Building Code violations referenced in the attached Exhibit "A"

As grounds for this Appeal, I state that the Notice of Violation constitutes action which is arbitrary and capricious and I further state that the Notice of Violation is in violation of due process of law and contrary to professional opinions secured by the owner in their securing quotes for repair of the premises.

For these reasons, I file this Notice of Appeal and ask that the Notice of Violations of Housing Ordinances served upon me with reference to the above captioned property be vacated and/or voided.

Respectfully submitted,

Richard F. Davet

Rfd/cc