**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **RICHARD DAVET,** | ) | **CASE NO.  1:03CV1623** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Judge John M. Manos** |
| | ) | |
| **CITY OF CLEVELAND** | ) | |
| **ROBERT VILKAS,** | ) | |
| | ) | |
| **Defendants.** | ) | **ORDER** |

Pursuant to the memorandum of opinion filed along with this Order, Defendant City of Cleveland's motion for summary judgment on its counterclaim is **GRANTED**.  This case is dismissed, each party to bear its own costs.

**IT IS SO ORDERED.**

Date: May 24, 2005                    */s/ John M. Manos*
                                      **UNITED STATES DISTRICT JUDGE**